JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSHUA ELIJAH CHARLES, | No. CV 08-06325-AHM (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| M. S. EVANS, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: April 28, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS - 6